# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D17-4553
_____

DONALD GARRY FEHRMAN,

   Appellant,

   v.

GATEWAY COMMONS II
CONDOMINIUM ASSOCIATION,
INC., LEXLAND PROPERTIES
FLORIDA, L.P., LEXLAND
PROPERTIES TEXAS, GP, LLC,

   Appellees.

_____


On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

November 19, 2018


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arthur I. Jacobs, Richard J. Scholz, and Douglas A. Wyler of Jacobs Scholz & Wyler, LLC, Fernandina Beach, for Appellant.

Harrison W. Poole of Poole & Poole, P.A., Fernandina Beach, for Appellees.